# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DERRICK LAMOND UPSHUR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2015

———————————————

April 29, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Derrick Lamond Upshur, pro se.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.